SHB
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                                          Case No.  23-MJ-327 DTS

JOSIAH KEMARIS TAYLOR

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about April 14, 2023, in Hennepin County, in the State and District of Minnesota, defendant,

did unlawfully, knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"),

in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:     ☒Yes     ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3).

Nicholas G. Bradt
ATF Special Agent
*Printed name and title*

Date:     4/17/2023

_____
*Judge's Signature*

City and State:  Minneapolis, MN

David T. Schultz
United States Magistrate Judge
*Printed Name and Title*