UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23MJ327 DTS

United States of America,

          Plaintiff,

v.                      **ORDER FOR APPOINTMENT OF COUNSEL**

Josiah Kemaris Taylor,

          Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Patrick Leach, Attorney ID 286825, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: April 19, 2023          *s/ Dulce J. Foster*
                                        Honorable Dulce J. Foster
                                        United States Magistrate Judge