# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSIAH TAYOR,<br>aka Josiah Kemaris Taylor and Joker,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No:          23-cr-160 (7) (NEB/JFD)<br>Date:             May 21, 2026<br>Courthouse:       Minneapolis<br>Courtroom:        13W<br>Court Reporter:   Renee Rogge<br>Time Commenced:   11:05 a.m.<br>Time Concluded:   11:50 a.m.<br>Time in Court:    45 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:     David Clausen, Assistant U.S. Attorney
    For Defendant:     Peter Wold, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Objections to the PSR argued on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Verdict | BOP | SR |
|---|---|---|---|
| 3sss | X | 60 months on Count 3sss to be served consecutively to the sentence on Count 7sss | 3 years on Count 3sss to be served concurrently to the term of supervision on Count 7sss |
| 7sss | X | 60 months on Count 7sss to be served consecutively to the sentence on Count 3sss | 3 years on Count 7sss to be served concurrently to the term of supervision on Count 4sss |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Defendant was acquitted on Count 1ss and the count should be dismissed.
☒ Defendant is remanded to the custody of the USM.

Date: May 21, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel